IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : CIVIL ACTION |
| Plaintiff | : |
| | : NO. 02-4856 |
| v. | : |
| | : |
| BRUCE E. LONDON | : |
| DAWN M. LONDON, | : |
| | : |
| Defendants | : |

O R D E R

AND NOW, this _____ day of March, 2003, the court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

[ ]  -  Order staying these proceedings pending disposition of a related action.

[ ]  -  Order staying these proceedings pending determination of arbitration proceedings.

[ ]  -  Interlocutory appeal filed _____

[X]  -  Other: Defendants filed for bankruptcy.

it is

**ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

**FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

BY THE COURT:

_____
JAMES McGIRR KELLY, S.J.

Copies mailed to:   Scott F. Waterman, Esquire
                    Michael McKeever, Esquire
                    Bruce and Dawn London

Civ. 13 (8/80)