UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>         Plaintiff<br><br>vs.<br><br>BRUCE E. LONDON<br>DAWN M. LONDON<br><br>         Defendant(s) | CIVIL NO. 02-CV-4856 |

PRAECIPE TO REMOVE FROM CIVIL SUSPENSE

  Kindly remove the above-referenced case from civil suspense and place it into the current docket. The bankruptcy case has been discharged in the Eastern District of Pennsylvania on 9/26/2003 for case number 03-13288 (see exhibit A).

         GOLDBECK MCCAFFERTY & MCKEEVER
         By: Michael T. McKeever, Esquire
         Pennsylvania Attorney I.D. No. 56129
         Suite 500 – The Bourse Building
         111 S. Independence Mall East
         Philadelphia, PA 19106
         215-627-1322

         s/ Michael T. McKeever

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>            Plaintiff<br><br>vs.<br><br>BRUCE E. LONDON<br>DAWN M. LONDON<br><br>            Defendant(s) | CIVIL NO. 02-CV-4856 |

I do hereby certify that service of the Praecipe to Remove From Civil Suspense and Certificate of Service was made upon:

    BRUCE E. LONDON and DAWN M. LONDON
    512 Wacousta Court
    Oxford, PA 19363

    DAVID R. BLACK, ESQUIRE
    327 West Front Street
    P.O. Box 168
    Media, PA 19063

    SCOTT F. WATERMAN, ESQUIRE
    327 West Front Street
    Media, PA 19063

by mailing a true and correct copy thereof, postage prepaid, on this 16 day of October, 2003.

    GOLDBECK MCCAFFERTY & MCKEEVER
    By: Michael T. McKeever, Esquire
    Pennsylvania Attorney I.D. No. 56129
    Suite 500 – The Bourse Building
    111 S. Independence Mall East
    Philadelphia, PA 19106
    215-627-1322

    s/ Michael T. McKeever