**TO:** LONDON, DAWN M.
**DAWN M. LONDON**
512 Wacousta Court
Oxford, PA 19363

**TO:** LONDON, BRUCE E.
**BRUCE E. LONDON**
512 Wacousta Court
Oxford, PA 19363

**SENDER:** GOLDBECK MCCAFFERTY & MCKEEVER
November 26, 2003

**REFERENCE:** LONDON, BRUCE E. / USA-0176
– Chester

**SENDER:** GOLDBECK MCCAFFERTY & MCKEEVER
November 26, 2003

**REFERENCE:** LONDON, BRUCE E. / USA-0176
– Chester

PS Form 3800, June 2000

| RETURN RECEIPT SERVICE | Postage | |
|---|---|---|
| | Certified Fee | |
| | Return Receipt Fee | |
| | Restricted Delivery | |
| | Total Postage & Fees | |

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided
Do Not Use for International Mail



PS Form 3800, June 2000

| RETURN RECEIPT SERVICE | Postage | |
|---|---|---|
| | Certified Fee | |
| | Return Receipt Fee | |
| | Restricted Delivery | |
| | Total Postage & Fees | |

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided
Do Not Use for International Mail



**GOLDBECK McCAFFERTY & McKEEVER**
Mellon Independence Center, Suite 5000
701 Market Street
Philadelphia, PA 19106-1532

ck type of mail:
- ☐ Express
- ☐ Registered
- ☐ Insured
- ☐ COD
- ☐ Return Receipt (RR) for Merchandise
- ☐ Certified
- ☐ Int'l Rec. Del.
- ☐ Del. Confirmation (DC)

If Registered Mail check below:
- ☐ Insured
- ☐ Not Insured

Affix stamp here if issued as certificate of mailing, or for additional copies of this bill. Postmark and Date of Receipt ▼

| Line | Article Number | Addressee Name, Street and PO Address | Postage | Fee | Handling Charge | Actual Value (if Reg.) | Insured Value | Due Sender if COD | RR Fee | DC Fee | SC Fee | SH Fee | SD Fee | RD Fee | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | PA DEPARTMENT OF PUBLIC WELFARE<br>Bureau of Child Support Enforcement<br>Health and Welfare Bldg. - Room 432<br>P.O. Box 2675<br>Harrisburg, PA 17105-2675 | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | |
| 4 | | DOMESTIC RELATIONS OF CHESTER COUNTY<br>117 West Gay Street<br>PO Box 2748<br>West Chester, PA 19380 | | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | | | |
| 6 | | OCCUPANTS/TENANTS<br>512 Wacousta Court<br>Oxford, PA 19363 | | | | | | | | | | | | | |
| 7 | | | | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | | | | |
| 9 | | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | |
| 13 | | | | | | | | | | | | | | | |
| 14 | | | | | | | | | | | | | | | |
| 15 | | | | | | | | | | | | | | | |

Total Number of Pieces Listed by Sender | Total Number of Pieces Received at Post Office | Postmaster, Per (Name of receiving employee)

CONTINENTAL STA PHILA PA 19106 NOV 26 2003

02 1A
0004340453
MAILED FROM ZIP CODE 19106
UNITED STATES POSTAGE
$02.700 PITNEY BOWES
NOV 26 2003

The full declaration of value is required on all domestic and international registered mail. The maximum indemnity payable for the reconstruction of nonnegotiable documents under Express Mail document reconstruction insurance is $50,000 per piece subject to a limit of $500,000 per occurrence. The maximum indemnity payable on Express Mail merchandise insurance is $500. The maximum indemnity payable is $25,000 for registered mail, sent with optional postal insurance. See Domestic Mail Manual R900, S913, and S921 for limitations of coverage on insured and COD mail. See International Mail Manual for limitations of coverage on international mail. Special handling charges apply only to Standard Mail (A) and Standard Mail (B) parcels.

PS Form 3877, April 1999                                    Complete by Typewriter, Ink, or Ball Point Pen

Jordan, Bruce & Dawn   USA

**Certified Mail Return Receipts**

Receipt 1:
- Article Number: 7160 3901 9848 1439 6030
- Addressed to: LONDON, BRUCE E. / BRUCE E. LONDON, 512 Wacousta Court, Oxford, PA 19363
- Service Type: CERTIFIED MAIL
- Received by: Dawn London
- Signature: X Dawn London
- Date of Delivery: 11/28/03
- GOLDBECK MCCAFFERTY & MCKEEVER
- LONDON, BRUCE E. / USA-0176 -- Chester
- PS Form 3811, July 2001  Domestic Return Receipt

Receipt 2:
- Article Number: 7160 3901 9848 1439 6027
- Addressed to: LONDON, DAWN M. / DAWN M. LONDON, 412 Wacousta Court, Oxford, PA 19363
- Service Type: CERTIFIED MAIL
- Received by: Dawn London
- Signature: X Dawn London
- Date of Delivery: 11/28/03
- GOLDBECK MCCAFFERTY & MCKEEVER
- LONDON, BRUCE E. / USA-0176 -- Chester
- PS Form 3811, July 2001  Domestic Return Receipt

UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                              Plaintiff<br><br>vs.<br><br>BRUCE E. LONDON<br>DAWN M. LONDON<br><br>                              Defendants | CIVIL NO. 02-CV-4856 |

## AFFIDAVIT PURSUANT TO RULE 3129

      THE UNITED STATES OF AMERICA, Plaintiff in the above action, by its attorney, Joseph A. Goldbeck, Jr., Esquire, sets forth as of the date the praecipe for the writ of execution was filed the following information concerning the real property located at:

      512 Wacousta Court
      Oxford, PA 19363

1. Name and address of Owners or Reputed Owners:

      BRUCE E. LONDON
      512 Wacousta Court
      Oxford, PA 19363

      DAWN M. LONDON
      512 Wacousta Court
      Oxford, PA 19363

2. Name and address of Defendants in the judgment:

      BRUCE E. LONDON
      512 Wacousta Court
      Oxford, PA 19363

      DAWN M. LONDON
      512 Wacousta Court
      Oxford, PA 19363

3. Name and last known address of every judgment creditor whose judgment is a record lien on the property to be sold:

      DOMESTIC RELATIONS OF CHESTER COUNTY
      117 West Gay Street
      PO Box 2748
      West Chester, PA 19380

> PA DEPARTMENT OF PUBLIC WELFARE
> Bureau of Child Support Enforcement
> Health and Welfare Bldg. - Room 432
> P.O. Box 2675
> Harrisburg, PA 17105-2675

4. Name and address of the last recorded holder of every mortgage of record:


5. Name and address of every other person who has any record interest in or record lien on the property and whose interest may be affected by the sale:


6. Name and address of every other person of whom the plaintiff has knowledge who has any record interest in the property which may be affected by the sale.

7. Name and address of every other person of whom the plaintiff has knowledge who has any interest in the property which may be affected by the sale.

> OCCUPANTS/TENANTS
> 512 Wacousta Court
> Oxford, PA 19363


(attach separate sheet if more space is needed)

I verify that the statements made in this affidavit are true and correct to the best of my personal knowledge or information and belief. I understand that false statements herein are made subject to the penalties of 18 Pa. C.S. Section 4904 relating to unsworn falsification to authorities.


DATED: December 2, 2003

GOLDBECK McCAFFERTY & McKEEVER
BY: Joseph A. Goldbeck, Jr., Esq.
Attorney for Plaintiff