UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>vs.<br><br>BRUCE E. LONDON<br>DAWN M. LONDON<br><br>Defendant(s) | CIVIL NO. 02-CV-4856 |
|---|---|

### CERTIFICATE OF SERVICE
### PURSUANT TO Pa.R.C.P. 3129.2 (c) (2)

Joseph A. Goldbeck, Jr., Esquire, Attorney for Plaintiff, hereby certifies that service on the Defendants of the Notice of Sheriff Sale was made by:

( )  Personal Service by the Sheriff's Office/competent adult (copy of return attached).
(X) Certified mail by Joseph A. Goldbeck, Jr. (original green Postal return receipt attached).
( )  Certified mail by Sheriff's Office.
( )  Ordinary mail by Joseph A. Goldbeck, Jr., Esquire to Attorney for Defendant(s) of record (proof of mailing attached).
( )  Acknowledgment of Sheriff's Sale by Attorney for Defendant(s) (proof of acknowledgment attached).
( )  Ordinary mail by Sheriff's Office to Attorney for Defendant(s) of record.

**IF SERVICE WAS ACCOMPLISHED BY COURT ORDER.**

( )  Premises was posted by Sheriff's Office/competent adult (copy of return attached).
( )  Certified Mail & ordinary mail by Sheriff's Office (copy of return attached).
( )  Certified Mail & ordinary mail by Joseph A. Goldbeck, Jr. (original receipt(s) for Certified Mail attached).

Pursuant to the Affidavit under Rule 3129 (copy attached), service on all lienholders (if any) has been made by ordinary mail by Joseph A. Goldbeck, Jr., Esquire (copies of proofs of mailing attached).

The undersigned understands that the statements herein are subject to the penalties provided by 18 P.S. Section 4904.

Respectfully submitted,

BY: Joseph A. Goldbeck, Jr.
Attorney for Plaintiff