## Receipt 1

**2. Article Number:** 7160 3901 9848 3827 8477

**3. Service Type:** CERTIFIED MAIL

**4. Restricted Delivery?** (Extra Fee) ☐ Yes

**1. Article Addressed to:**

LONDON, BRUCE E.
**BRUCE E. LONDON**
512 Wacousta Court
Oxford, PA 19363

GOLDBECK MCCAFFERTY &MCKEEVER
LONDON, BRUCE E. / USA-0176   01/12/05 – Chester

**COMPLETE THIS SECTION ON DELIVERY**

- **A. Received by (Please Print Clearly):** Dawn London
- **B. Date of Delivery:** 10/21/04
- **C. Signature:** X [signature] ☐ Agent ☐ Addressee
- **D. Is delivery address different from item 1?** ☐ Yes ☐ No

PS Form 3811, July 2001    Domestic Return Receipt

## Receipt 2

**2. Article Number:** 7160 3901 9848 3827 8484

**3. Service Type:** CERTIFIED MAIL

**4. Restricted Delivery?** (Extra Fee) ☐ Yes

**1. Article Addressed to:**

LONDON, DAWN M.
**DAWN M. LONDON**
512 Wacousta Court
Oxford, PA 19363

GOLDBECK MCCAFFERTY &MCKEEVER
LONDON, BRUCE E. / USA-0176   01/12/05 – Chester

**COMPLETE THIS SECTION ON DELIVERY**

- **A. Received by (Please Print Clearly):** Dawn London
- **B. Date of Delivery:** 10/21/04
- **C. Signature:** X [signature] ☐ Agent ☑ Addressee
- **D. Is delivery address different from item 1?** ☐ Yes ☐ No

PS Form 3811, July 2001    Domestic Return Receipt



**Name and Address of Sender**
GOLDBECK
SUITE 5000
701 MARKET STREET
PHILADELPHIA, PA
19106-1532

**Check type of mail or service:**
☐ Certified  ☐ Recorded Delivery (International)
☐ COD  ☐ Registered
☐ Delivery Confirmation  ☐ Return Receipt for Merchandise
☐ Express Mail  ☐ Signature Confirmation
☐ Insured

| Article Number | Addressee (Name, Street, City, State, & ZIP Code) | Postage | Fee | Handling Charge | Actual Value if Registered | Insured Value | Due Sender if COD | DC Fee | SC Fee | SH Fee | RD Fee | RR Fee |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | PA DEPARTMENT OF PUBLIC WELFARE - Bureau of Child Support Enforcement Health and Welfare Bldg. - Room 432 P.O. Box 2675 Harrisburg, PA 17105-2675 | | | | | | | | | | | |
| 2. | DOMESTIC RELATIONS OF CHESTER COUNTY 117 West Gay Street PO Box 2748 West Chester, PA 19380 | | | | | | | | | | | |
| 3. | OCCUPANTS/TENANTS ~~512 Wacousta Court~~ Oxford, PA 19363 | | | | | | | | | | | |
| 4. | | | | | | | | | | | | |
| 5. | | | | | | | | | | | | |
| 6. | | | | | | | | | | | | |
| 7. | | | | | | | | | | | | |
| 8. | | | | | | | | | | | | |

Affix Stamp Here (If issued as a certificate of mailing, or for additional copies of this bill) Postmark and Date of Receipt

$02.70 OCT 20 2004
MAILED FROM ZIP CODE 19106

Total Number of Pieces Listed by Sender: 3
Total Number of Pieces Received at Post Office:

Postmaster, Per (Name of receiving employee)

Complete by Typewriter, Ink, or Ball Point Pen

See Privacy Act Statement on Reverse

Chester

PS Form **3877**, February 2002 (Page 1 of 2)

USA-0176

BRUCE E. LONDON & DAWN M. LONDON

UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | |
|---|---|
| Plaintiff | CIVIL NO. 02-CV-4856 |
| vs. | |
| BRUCE E. LONDON<br>DAWN M. LONDON | |
| Defendant(s) | |

## AFFIDAVIT PURSUANT TO RULE 3129

THE UNITED STATES OF AMERICA, Plaintiff in the above action, by its attorney, Joseph A. Goldbeck, Jr., Esquire, sets forth as of the date the praecipe for the writ of execution was filed the following information concerning the real property located at:

      512 Wacousta Court
      Oxford, PA 19363

1. Name and address of Owner(s) or Reputed Owner(s):

      BRUCE E. LONDON
      512 Wacousta Court
      Oxford, PA 19363

      DAWN M. LONDON
      512 Wacousta Court
      Oxford, PA 19363

2. Name and address of Defendant(s) in the judgment:

      BRUCE E. LONDON
      512 Wacousta Court
      Oxford, PA 19363

      DAWN M. LONDON
      512 Wacousta Court
      Oxford, PA 19363

3. Name and last known address of every judgment creditor whose judgment is a record lien on the property to be sold:

>PA DEPARTMENT OF PUBLIC WELFARE - Bureau of Child Support Enforcement
>Health and Welfare Bldg. - Room 432
>P.O. Box 2675
>Harrisburg, PA 17105-2675

>DOMESTIC RELATIONS OF CHESTER COUNTY
>117 West Gay Street
>PO Box 2748
>West Chester, PA 19380

4. Name and address of the last recorded holder of every mortgage of record:

5. Name and address of every other person who has any record interest in or record lien on the property and whose interest may be affected by the sale:

6. Name and address of every other person of whom the plaintiff has knowledge who has any record interest in the property which may be affected by the sale.

7. Name and address of every other person of whom the plaintiff has knowledge who has any interest in the property which may be affected by the sale.

>OCCUPANTS/TENANTS
>512 Wacousta Court
>Oxford, PA 19363

(attach separate sheet if more space is needed)

I verify that the statements made in this affidavit are true and correct to the best of my personal knowledge or information and belief. I understand that false statements herein are made subject to the penalties of 18 Pa. C.S. Section 4904 relating to unsworn falsification to authorities.

DATED: December 16, 2004

GOLDBECK McCAFFERTY & McKEEVER
BY: Joseph A. Goldbeck, Jr., Esq.
Attorney for Plaintiff