IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| BRUCE E. LONDON, ET AL., | : | |
| Defendants. | : | NO. 02-4856 |

Filed: September 27, 2006

**NOTICE**

In accordance with our records, the above case has been placed in the Civil Suspense File. All parties are directed to give a status report in writing within 10 days after receipt or this notice. In the event no status report is received within the above time limit, the matter will be dismissed.

For the Court:

By:  /s/ Patricia A. Cardella
Patricia A. Cardella, Deputy Clerk to
Judge Lawrence F. Stengel

Copies e-mailed to the following
counsel on September 27, 2006:

Michael T. McKeever, Esquire
Scott F. Waterman, Esquire