### UNITED STATES DISTRICT COURT
### FOR THE Eastern DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA
                    Plaintiff

            v.                                        Civil Action No:  02-CV-4856

BRUCE E. LONDON
DAWN M. LONDON

                    Defendant(s)

### MOTION TO DISCONTINUE AND END

Plaintiff by its counsel Goldbeck McCafferty & McKeever, hereby requests this Honorable Court to discontinue, end and close this case and in support thereof, avers the following:

1.  Defendants have tendered funds sufficient to payoff their mortgage.

2.  Plaintiff has elected to accept these payoff funds and to discontinue the loan obligation.

3.  Plaintiff and Defendants agree that the judgment be satisfied and this matter be marked discontinued and ended.

Wherefore, Plaintiff respectfully requests the Court to enter the attached order.

Respectfully submitted,

GOLDBECK McCAFFERTY & McKEEVER

s/ Michael T. McKeever

By: _____
Michael T. McKeever, Esquire
Pennsylvania Attorney I.D. No. 56129
Suite 5000 – Mellon Independence Center
701 Market Street
Philadelphia, PA  19106-1532
(215) 825-6309
Original signature not required/electronic filing

**UNITED STATES DISTRICT COURT**
**FOR THE Eastern DISTRICT OF PENNSYLVANIA**

UNITED STATES OF AMERICA
                    Plaintiff

v.                                                    Civil Action No:  02-CV-4856

BRUCE E. LONDON
DAWN M. LONDON

                    Defendant(s)

**CERTIFICATE OF SERVICE**

I do hereby certify that service of the foregoing Motion to Discontinue and End, and

Certificate of Service was made upon:


        BRUCE E. LONDON
        512 Wacousta Court
        Oxford, PA 19363

        DAWN M. LONDON
        512 Wacousta Court
        Oxford, PA 19363


by mailing a true and correct copy thereof, postage prepaid, on this 28 day of

September, 2006.

                                Respectfully submitted,

                                GOLDBECK McCAFFERTY & McKEEVER

                                s/ Michael T. McKeever


                                By: _____
                                Michael T. McKeever, Esquire
                                Pennsylvania Attorney I.D. No. 56129
                                Suite 5000 – Mellon Independence Center
                                701 Market Street
                                Philadelphia, PA  19106-1532
                                (215) 825-6309
                                Original signature not required/electronic filing