**UNITED STATES DISTRICT COURT**
**FOR THE Eastern DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>            Plaintiff<br>    v.<br><br>BRUCE E. LONDON<br>DAWN M. LONDON<br>            Defendant(s) | Civil Action No:  02-CV-4856 |

## ORDER TO DISCONTINUE AND END

Upon Motion of the Plaintiff, and agreement of the Defendants, it is hereby Ordered that, the above captioned matter shall be marked discontinued and ended and the Judgment entered on September 17, 2002 shall be satisfied.

This matter may be marked closed for statistical purposes.

By the Court

_____
                                                                                    J.